IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **FINOVA CAPITAL CORPORATION** | Case Nos. 01-0698 (PJW) |
| | Jointly Administered |
| Reorganized Debtor. | |
| | **Re: Docket Nos. 102 and 104** |

### MOTION TO STRIKE NOTICE OF APPEAL AND ANSWER IN OPPOSITION TO MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITIES HOLDERS FOR LEAVE TO APPEAL BANKRUPTCY COURT'S ORDER REGARDING DEBTORS' MOTION REQUESTING CLARIFICATION OF CONFIRMED CHAPTER 11 PLAN

Finova Capital Corporation, the above-named reorganized debtor (the "Reorganized Debtor"), hereby (1) moves to strike the *Notice of Appeal* filed by the Official Committee of Equity Securities Holders (the "Equity Committee") on the grounds that such order is not a Final Order appealable as of right, and (2) opposes the *Motion of the Official Committee of Equity Securities Holders for Leave to Appeal Bankruptcy Court's Order Regarding Debtors Motion Requesting Clarification of Confirmed Chapter 11 Plan* (the "Motion for Leave to Appeal").

The Reorganized Debtor attaches its memorandum in support of its Motion to Strike and in support of its Answer in Opposition to the Equity Committee's Motion for Leave to Appeal. Pursuant to Rule 8003, the Reorganized Debtor has filed this Motion to Strike and Answer in Opposition Answer within 10 days after service of the Motion for Leave to Appeal.

RLF1-2984626-1

WHEREFORE, for the reasons stated in the attached memorandum, the Reorganized Debtor respectfully requests that the Court (i) strike the appeal of the Equity Committee on the ground that it is not a final order subject to appeal as of right under 28 U.S.C. § 158(a)(1), (ii) deny the Equity Committee's request for leave to appeal pursuant to 28 U.S.C. § 158(a)(3) and (iii) grant such other and further relief as may be just and proper.

Dated: February 24, 2006
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Telecopy: (302) 651-7701

-and-

Jonathan M. Landers
Janet M. Weiss
Jessica I. Basil
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Telecopy: (212) 351-4035

Co-counsel to the Reorganized Debtor