UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| FINOVA CAPITAL CORP., ) | |
| ) | Case No. 01-0698 (PJW) |
|     Reorganized Debtor. ) | Jointly Administered |
| ) | |
| ) | Related Docket No.: 100 |

## NOTICE OF APPEAL

The Official Committee of Equity Securities Holders (the "Committee"), by and through its undersigned counsel, Buchanan Ingersoll PC and Anderson Kill & Olick, P.C., hereby appeals under 28 U.S.C. § 158(a)(1) from the Court's *Order Regarding Debtors' Motion Requesting Clarification of Confirmed Chapter 11 Plan,* entered February 1, 2006 [D.I. 100].

The names of the parties to the Order, and the names and addresses of their respective counsel, are:

**Via Hand-Delivery**
David L. Buchbinder
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE  119801

*Representing U.S. Trustee*

**Via Hand-Delivery**
Mark D. Collins
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

*Representing the Debtor*

**Via UPS**
Jonathan M. Landers
Janet Weiss
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

*Representing the Debtor*

**Via UPS**
The Bank of New York
Corporate Trust Administration
101 Barclay Street, 21st Floor West
New York, NY  10286

*Representing the Bank of New York as the Indenture Trustee for Finova Group Inc.'s Bonds*

*Via UPS*  
Martin Bienenstock  
Weil, Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, NY  10153  

*Representing Leucadia*

*Via Hand-Delivery*  
Howard A. Cohen  
Reed Smith LLP  
1201 N. Market Street, Suite 1500  
Wilmington, DE  19801  

*Representing JP Morgan Chase Bank*

Dated: February 10, 2006  
       Wilmington, DE

**BUCHANAN INGERSOLL PC**

/s/ *William Sullivan*_____  
William D. Sullivan (No. 2820)  
The Nemours Building  
1007 North Orange Street, Suite 1110  
Wilmington, Delaware  19801  
Tel: (302) 428-5500  
Fax: (302) 428-3996  

-- and --

**ANDERSON KILL & OLICK, P.C.**

Mark D. Silverschotz, Esq.  
James M. Andriola, Esq.  
1251 Avenue of the Americas  
New York, NY  10020-1182  
Telephone: (212) 278-1000  
Facsimile: (212) 278-1733  

*Counsel for the Official Committee*  
*of Equity Securities Holders*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FINOVA CAPITAL CORPORATION, | : | Case Nos. 01-0698 (PJW) |
| | : | |
| Reorganized Debtor | : | Jointly Administered |
| | : | |
| | : | Re: Docket No. 22, 99 |

### ORDER REGARDING DEBTORS' MOTION
### REQUESTING CLARIFICATION OF CONFIRMED CHAPTER 11 PLAN

This matter coming before the Court on the Motion of the Reorganized Debtor for an Order Under Bankruptcy Code Section 1141 Clarifying Provisions of the Confirmed Plan, dated April 1, 2005 [Docket No. 22] (the "Clarification Motion"),[1] filed by above-captioned reorganized Debtor (the "Reorganized Debtor"); the Court having reviewed the Clarification Motion and having heard the statements of counsel regarding the Clarification Motion and any objections thereto at a hearing held before the Court on November 29, 2005 (the "Hearing"); the Court having determined that the legal and factual bases set forth in the Clarification Motion establish just cause for the relief granted herein; the Court having found that notice of the Clarification Motion as set forth in the Order Approving the Form and Manner of Notice of the Reorganized Debtor's Motion to Approve Form and Manner of Notice and to Limit Notice of the Motion of the Reorganized Debtor for an Order Clarifying Provision of Confirmed Plan [Docket No. 25] was sufficient under the circumstances and that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore;

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Clarification Motion.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. For the reasons set forth on the record at the Hearing [Docket No. 80] and in the Court's Letter to Counsel With Respect to Court's Ruling on the Reorganized Debtor's Motion for an Order Clarifying the Confirmed Plan, dated December 2, 2005 [Docket No. 78], the Clarification Motion is hereby APPROVED to the extent that the Debtor is presently and will be forever insolvent.

2. Nothing in this order shall be construed as a finding that the Debtors presently are or will forever be insolvent.

3. This Court shall retain exclusive jurisdiction to interpret and enforce the terms of this Order.

Dated: _____, 2006
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

RLF1-2966062-2