# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | ) |
| ) | ) Chapter 11 |
| FINOVA CAPITAL CORP., ) | ) |
| ) | ) Bankruptcy Case No. 01-0698 (PJW) |
| Reorganized Debtor. ) | ) Jointly Administered |
| ) | ) |
| _____ ) | ) |
| ) | ) |
| OFFICIAL COMMITTEE OF EQUITY ) | ) |
| SECURITIES HOLDERS, ) | ) |
| ) | ) |
| Appellant, ) | ) Case No. 06-mc-040 (JJF) |
| ) | ) |
| v. ) | ) |
| ) | ) |
| FINOVA CAPITAL CORP., ) | ) |
| ) | ) |
| Appellee. ) | ) |
| ) | ) |

**STIPULATION AND PROPOSED ORDER TO STAY BRIEFING
PENDING DETERMINATION ON MOTION FOR LEAVE TO APPEAL**

WHEREAS, on February 10, 2006, Appellant the Official Committee of Equity Security Holders ("Equity Committee") filed a *Notice of Appeal* [Bankruptcy D.I. 102; D.I. 5] and a *Motion Of The Official Committee Of Equity Securities Holders For Leave To Appeal Bankruptcy Court's Order Regarding Debtors' Motion Requesting Clarification Of Confirmed Chapter 11 Plan* ("Motion") [Bankruptcy D.I. 104; D.I. 1], which pleadings are presently before this Court; and

WHEREAS, the Notice of Appeal and the Motion both relate to the *Order Regarding Debtor's Motion Requesting Clarification of Confirmed Chapter 11 Plan* [Bankruptcy D.I. 100] ("Order") entered on February 1, 2006, by the United States Bankruptcy Court for the District of Delaware, Hon. Peter J. Walsh; and

WHEREAS, the Equity Committee filed the Motion and the Notice of Appeal in order to preserve its appellate rights, regardless of whether the Order is subsequently determined to be a final order appealable of right or an order subject to interlocutory appeal upon the granting of leave for such an appeal[1];

WHEREAS, the Debtor has challenged the Equity Committee's right to the relief sought in the Motion and has sought to strike the Notice of Appeal in its *Motion to Strike Notice of Appeal and Answer in Opposition to Motion of the Official Committee of Equity Securities Holders for Leave to Appeal Bankruptcy Court's Order Regarding Debtor's Motion Requesting Clarification of Confirmed Chapter 11 Plan* ("Answer") [Bankruptcy D.I. 109; D.I. 3], the Equity Committee has filed a Response to the Answer [D.I. 6], and the Motion and its associated pleadings are currently pending before this Court;

WHEREAS, briefing of the appeal should commence immediately if the Order is appealable as a final order, whereas briefing may only commence by approval of the Court if the Order is determined to be interlocutory pursuant to Fed.R.Bankr.P. 8001(b) and 28 U.S.C. § 158(a)(3);

WHEREAS, the parties wish to avoid unnecessary expense and believe it will promote the efficient use of judicial resources if the parties delay any briefing related to the Notice of Appeal until after the Court has made a determination on the Motion as to whether the Order is interlocutory or final and if interlocutory, whether leave to appeal will be granted;

NOW THEREFORE, the parties have stipulated as follows:

1. Any briefing obligations stemming from filing of the Notice of Appeal should be placed in abeyance until the Court has decided the Motion for Leave to Appeal.

---

[1] *See* Fed.R.Bankr.P. 8001(a) and (b) (Requiring notice of appeal in either appeal of right or appeal by leave).

2

2. Briefing on this appeal shall commence upon the Court's entry of an order determining that the Order is a final order or that the Motion for Leave to Appeal is granted.

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: (302) 651-7531
Fax: (302) 651-7701

Jonathan M. Landers
Janet Weiss
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Phone: (212)
Fax: (212)

*Attorneys for Appellee*
*Finova Capital Corporation*

Dated: March 14, 2006
Wilmington, Delaware

_____
William D. Sullivan (No. 2820)
BUCHANAN INGERSOLL PC
The Nemours Building
1007 N. Orange St., Suite 1110
Wilmington, DE 19801
Phone: (302) 428-5500
Fax: (302) 428-3996

Mark D. Silverschotz
James M. Andriola
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Phone: (212) 278-1000
Fax: (212) 278-1733

*Attorneys for Appellant*
*The Official Committee*
*of Equity Security Holders*

Dated: March 14, 2006
Wilmington, Delaware

SO ORDERED:

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT COURT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FINOVA CAPITAL CORP., | ) |
| | ) Bankruptcy Case No. 01-0698 (PJW) |
| Reorganized Debtor. | ) Jointly Administered |
| _____ | ) |
| | ) |
| OFFICIAL COMMITTEE OF EQUITY | ) |
| SECURITIES HOLDERS, | ) |
| | ) |
| Appellant, | ) |
| | ) Case No. 06-mc-040 (JJF) |
| v. | ) |
| | ) |
| FINOVA CAPITAL CORP., | ) |
| | ) |
| Appellee. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify that on the 14th day of March, 2006, I served a copy of the foregoing *Stipulation and Proposed Order To Stay Briefing Pending Determination On Motion For Leave To Appeal* on counsel of record for Finova Capital Corporation, and to all other parties to this appeal by the method and at the address indicated on the attached service list.

/s/ William D. Sullivan
William D. Sullivan

**SERVICE LIST**

*Via First-Class U.S. Mail, Postage Pre-paid*
David Buchbinder
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE  119801

*Representing the U.S. Trustee*

*Via First-Class U.S. Mail, Postage Pre-paid*
Howard A. Cohen
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

*Representing JP Morgan Chase Bank*

*Via First-Class U.S. Mail, Postage Pre-paid*
Martin Bienenstock
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

*Representing Leucadia*

*Via First-Class U.S. Mail, Postage Pre-paid*
Mark D. Collins
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

*Representing the Debtor*

*Via First-Class U.S. Mail, Postage Pre-paid*
Jonathan M. Landers
Janet Weiss
Jessica I. Basil
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

*Representing the Debtor*

*Via First-Class U.S. Mail, Postage Pre-paid*
The Bank of New York
Corporate Trust Administration
101 Barclay Street, 21st Floor West
New York, NY  10286

*Representing the Bank of New York as the Indenture Trustee for Finova Group Inc.'s Bonds*