IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| FINOVA CAPITAL CORP., : | Bankruptcy Case No. 01-0698-PJW |
| : | Jointly Administered |
| Reorganized Debtor. : | |
| : | |
| OFFICIAL COMMITTEE OF EQUITY : | |
| SECURITY HOLDERS, : | |
| : | |
| Appellant, : | |
| : | |
| v. : | Misc. Case No. 06-040-JJF |
| : | |
| FINOVA CAPITAL CORP., : | |
| : | |
| Appellee. : | |

O R D E R

At Wilmington, this 13 day of April 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  The Motion For Leave To Appeal Bankruptcy Court's Order Regarding Debtor's Motion Requesting Clarification Of Confirmed Chapter 11 Plan (D.I. 1) filed by the Official Committee Of Equity Securities Holders is **DENIED**.

2.  The Motion To Strike Notice Of Appeal (D.I. 3) filed by Finova Capital Corporation is **GRANTED**.

<br>

_____
UNITED STATES DISTRICT JUDGE